**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STANTON E. ROSS, | ) |
| | ) |
| Plaintiff, | )   Case No. 13cv2101 DDC/TJJ |
| | ) |
| v. | ) |
| | ) |
| ADAM ROTHSTEIN, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ADAM ROTHSTEIN'S**
**MOTION TO RECOVER ATTORNEY'S FEES AND EXPENSES**

Defendant/Counterclaimant Adam Rothstein ("Rothstein"), pursuant to Fed.R.Civ.P. 54(d)(2) and D. Kan. Rule 54.2 moves the Court for an order and judgment granting him an award of attorney's fees and expenses, to be recovered from plaintiff Stanton E. Ross, in the following amounts (incurred through June 30, 2015):

**$589,300** – **Attorney's Fees and Expenses** -- the aggregate total of attorney's fees and expenses incurred by Rothstein for legal services rendered and as billed to him by his attorneys with Berkowitz, Oliver, et al. (Kansas City), Seth P. Markowitz, P.C. (New York), and the Sanders Law Firm, PLLC (New York);

**$10,800** – **Expert Witness Fees** paid to Brian C. Underwood;

**$1,600** – **Travel Expenses** incurred by Mr. Rothstein, a Connecticut resident, in attending the preliminary injunction hearing and court-ordered mediation in this case.[1]

---

[1] In the event the parties are unable to reach agreement as to the amount of recoverable fees and expenses after consultation pursuant to D. Kan. Rule 54.2, Rothstein reserves the right to amend the amounts requested in this motion to account for further attorney's fees incurred in preparing his fee application, and as may be warranted upon further review and study of the voluminous and detailed attorney invoices issued to him in this case.

This motion is based on the contractual attorney's fee and expense provisions in the parties' loan documents, principally the Secured Promissory Note, ¶ 11 [ECF Doc 253-6], Forbearance Agreement, §§ 6(b), 8 [ECF Doc 253-8], and (Superseding) Pledge Agreement, ¶ 14 [ECF Doc 253-9], as well as the Magistrate Judge's Report and Recommendation, pp. 38 - 40 [ECF Doc 283], and the District Judge's Memorandum and Order, pp. 32 – 34 [ECF Doc 297], determining Rothstein's entitlement to recover attorney's fees and expenses, and granting Rothstein summary judgment as to same, the analyses and authorities stated therein, and the Court's recent Memorandum and Order, pp. 10 – 13 [ECF Doc 304], reiterating Rothstein's entitlement to seek recovery of attorney's fees and expenses incurred in this case.

Rothstein will follow the procedure directed by D. Kan. Rule 54.2 which requires consultation with the opposing party toward an agreement as to the amount of recoverable fees and expenses, and the filing, within 30 days, of a supporting memorandum and materials, and Statement of Consultation, in the event the parties are unable to reach agreement.

WHEREFORE, defendant/counterclaimant Adam Rothstein respectfully moves the Court to enter an order and judgment awarding him attorney's fees and expenses, to be recovered from plaintiff Stanton E. Ross, in the amounts of $589,300 in total attorney's fees and expenses; $10,800 in expert witness fees; and $1,600 in travel expenses, and grant him such other and further relief as the Court deems just and proper.

Respectfully submitted,
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By: /s/ Neil Johnson
    Neil L. Johnson      KS Bar No. 13934
    Nicholas L. DiVita    Mo. Bar No. 37514
      KS Federal Bar No. 70079
    Sharon A. Stallbaumer    KS Bar No. 16760
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:   816-561-7007
    Facsimile:    816-561-1888
    E-Mail:   njohnson@berkowitzoliver.com
               sstallbaumer@berkowitzoliver.com

**Attorneys for Defendant Adam Rothstein**


## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties receiving electronic notice thereof, including:

James F.B. Daniels
Adam J. Gasper
MCDOWELL RICE SMITH & BUCHANAN, P.C.
605 W. 47th Street, Suite 350
Kansas City, MO  64112-1905
jdaniels@mcdowellrice.com
agasper@mcdowellrice.com

    /s/ Neil L. Johnson
    **Attorney for Defendant Adam Rothstein**

3