### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STANTON E. ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13cv2101 DDC/TJJ |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM ROTHSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT ADAM ROTHSTEIN'S
### AMENDED MOTION TO RECOVER ATTORNEY'S FEES AND EXPENSES

Defendant/Counterclaimant Adam Rothstein ("Rothstein"), pursuant to Fed. R. Civ. P.

54(d)(2) and D. Kan. Rule 54.2 moves the Court for an order and judgment granting him a total

award of $622,139.62 in attorney's fees and legal expenses, to be recovered from plaintiff

Stanton E. Ross, in the following incremental amounts (incurred through August 16, 2015):

**$609,739.28** – **Attorney's Fees and Expenses** -- the aggregate total of attorney's fees

and expenses incurred by Rothstein for legal services rendered and as billed to him by his

attorneys with Berkowitz, Oliver, et al. (Kansas City), Seth P. Markowitz, P.C. (New York), and

the Sanders Law Firm, PLLC (New York), reduced by fees attributable to Berkowitz Oliver's

work on Rothstein's fraud in the inducement counterclaim;

**$10,800** – **Expert Witness Fees** paid to Brian C. Underwood;

**$1,600** – **Travel Expenses** incurred by Mr. Rothstein, a Connecticut resident, in

attending the preliminary injunction hearing and court-ordered mediation in this case.

This motion is based on the contractual attorney's fee and expense provisions in the

parties' loan documents, principally the Secured Promissory Note, ¶ 11 [ECF Doc 253-6],

Forbearance Agreement, §§ 6(b), 8 [ECF Doc 253-8], and (Superseding) Pledge Agreement, ¶ 14

[ECF Doc 253-9]; the Magistrate Judge's Report and Recommendation, pp. 38 - 40 [ECF Doc

283]; the District Judge's Memorandum and Order, pp. 32 – 34 [ECF Doc 297], determining and declaring Rothstein's entitlement to recover attorney's fees and expenses, and granting Rothstein summary judgment as to same, the analyses and authorities stated therein; the Court's recent Memorandum and Order, pp. 10 – 13 [ECF Doc 304], reiterating Rothstein's entitlement to seek recovery of attorney's fees and expenses incurred in this case; the final Judgment in a Civil Case entered July 15, 2015 [ECF Doc 310], stating that "[c]onsistent with the Court's Memorandum and Order of June 25, 2015 (Doc. 304), defendant Rothstein is entitled to recover his attorney's fees incurred in this matter, under the procedures set forth in Fed.R.Civ.P.54(d)(2) and D. Kan. Rule 54.2;" and the supporting Memorandum and materials filed contemporaneously herewith.

Rothstein has followed the procedure directed by D. Kan. Rule 54.2 which requires consultation with the opposing party toward an agreement as to the amount of recoverable fees and expenses, and the filing, within 30 days, of a supporting memorandum and materials, and Statement of Consultation, in the event the parties are unable to reach agreement.  See Statement of Consultation Pursuant to D. Kan. Rule 54.2, Exhibit W.

This amended motion is filed primarily so that the fees incurred by Rothstein in the preparation and presentation of his contemporaneously filed supporting Memorandum and materials are included in the amount sought.  Rothstein reserves his right to seek recovery of further attorney's fees and expenses incurred in this matter after August 16, 2015, including with respect to, but not limited to, appeal proceedings, Ross having filed his Notice of Appeal on August 14, 2015.

WHEREFORE, defendant/counterclaimant Adam Rothstein respectfully moves the Court to enter an order and judgment awarding him $622,139.62 in attorney's fees and legal expenses he has incurred in this matter, to be recovered from plaintiff Stanton E. Ross, in the incremental

amounts of $609,739.28 in total attorney's fees and expenses; $10,800 in expert witness fees;

and $1,600 in travel expenses, and grant him such other and further relief as the Court deems just

and proper.

Respectfully submitted,

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By:___/s/ Neil Johnson_____
    Neil L. Johnson       KS Bar No. 13934
    Nicholas L. DiVita     Mo. Bar No. 37514
      KS Federal Bar No.  70079
    Sharon A. Stallbaumer   KS Bar No. 16760
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:  816-561-7007
    Facsimile:   816-561-1888
    E-Mail:   njohnson@berkowitzoliver.com
           sstallbaumer@berkowitzoliver.com

**Attorneys for Defendant Adam Rothstein**


**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2015, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties

receiving electronic notice thereof, including:

James F.B. Daniels
Adam J. Gasper
MCDOWELL RICE SMITH & BUCHANAN, P.C.
605 W. 47th Street, Suite 350
Kansas City, MO  64112-1905
jdaniels@mcdowellrice.com
agasper@mcdowellrice.com

    /s/ Neil L. Johnson_____
    **Attorney for Defendant Adam Rothstein**